1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOOM GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INCREMENTO, INC., *et al.*,<br><br>Defendants. | Case No.: CV13-02321 DMG (MRWx)<br><br>**ORDER ON STIPULATION TO DISMISS ACTION [42]** |

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. Plaintiff's claims as set forth in this action are hereby dismissed *without prejudice*;

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreements entered into in this matter.

IT IS SO ORDERED.

DATE: August 29, 2014         _____
                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE